IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01378-RPM

R.W. BECK, INC., a Colorado corporation,

    Plaintiff,

v.

E3 CONSULTING, LLC, a Colorado limited liability company,

_____

ORDER TO PROCEED UNDER RULE 56
_____

On August 22, 2007, the defendant E3 Consulting LLC filed a motion to dismiss under Fed.R.Civ.P.12(b)(6) with attachments. Because the motion and attachments may include matters not directly within the allegations of the complaint, it is

ORDERED that the motion to dismiss shall be deemed a motion for summary judgment of dismissal pursuant to Fed.R.Civ.P. 56 and D.C.Colo.L.Civ.R. 56.1.

DATED: August 23rd, 2007

                                            BY THE COURT:

                                            s/ Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge