IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01378-RPM

R.W. BECK, INC., a Colorado corporation,

    Plaintiff,

v.

E3 CONSULTING, LLC, a Colorado limited liability company,

_____

ORDER DENYING PLAINTIFF'S MOTION UNDER RULE 56(f) AND DIRECTING
RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
_____

On August 22, 2007, the defendant filed a motion to dismiss under Fed.R.Civ.P. 12(b)(6) which the Court deemed a motion for summary judgment. On September 11, 2007, the plaintiff filed a motion pursuant to Rule 56(f) to deny the motion for summary judgment or to hold it in abeyance pending requested discovery. That motion has been fully briefed. It is now

ORDERED that the plaintiff's motion is denied and the plaintiff will respond to the defendant's summary judgment motion on or before November 29, 2007.

DATED: November 9th, 2007

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____

                                  Richard P. Matsch, Senior District Judge