IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-1378-RPM

R.W. BECK, INC., a Washington corporation,

    Plaintiff,

v.

E3 CONSULTING, INC., a Colorado Limited Liability Company,

    Defendant.

---

## DECLARATION OF KENNETH V. MARINO

---

I, Kenneth V. Marino, hereby do state and affirm as follows:

1.     I am over the age of 18. I have personal knowledge of the facts set forth below, and if called upon to do so, could and would competently testify thereto.

2.     I am a Principal and Senior Director of R. W. Beck, Inc. ("R. W. Beck"), a Washington corporation, with its principal offices at 1001 Fourth Avenue, Suite 2500, Seattle, WA 98154. I have been employed by R. W. Beck since 1980.

3.     I have Bachelor of Science and Master of Science degrees from Northeastern University and approximately 27 years of experience performing various consulting engineer services in support of the financing of electrical generation facilities.

4.     R. W. Beck has been a leading consultant providing consulting engineering services relating to the financing of electrical generation facilities for over 60 years, and has been involved in the financing of more than 900 system and project financings of more than $135

billion. R.W. Beck's consulting services culminate into Consulting and/or Independent Engineer's Reports that are included in prospectuses that are issued for the respective projects.

5.      The enactment of the Public Utility Regulatory Policies Act ("PURPA") in 1978 created an opportunity for consulting engineer firms to provide advisory services to clients involved in financing energy projects utilizing the incentives of the PURPA legislation. R. W. Beck began providing consulting engineering services to serve the PURPA projects. R. W. Beck utilized its well-established practices and documents to develop its unique Engineer's Report format and content for this new line of business.

6.      R. W. Beck began preparing Independent Engineer's Reports in support of non-recourse project financing on solid waste to energy projects and electrical generation cogeneration projects in approximately 1985. I have reviewed approximately 18 representative consulting engineer reports prepared by R. W. Beck on PURPA projects from 1985 through 2007. An important section in all engineering reports in support of financings is the section discussion sensitivity analyses, which demonstrate the impact that different assumptions or future conditions would have on the opinions and analyses of the report. R. W. Beck has included an original standard sensitivity section in all of its consulting engineer reports since at least 1985.

7.      R. W. Beck issued its Independent Engineer's Report for the Sacramento Power Authority Cogeneration Project ("Sacramento Report") on December 14, 1995. A true and correct copy of the Sacramento Report is enclosed as Exhibit 1. R. W. Beck issued the Independent Engineer's Report for the Orange Cogeneration Limited Partnership Project ("Orange Report") on March 21, 1997. A true and correct copy of the Orange Report is enclosed

as Exhibit 2. These two reports were copyrighted on April 1, 1996 and November 3, 1999, respectively. True and correct copies of the Certificates of Registration for the Sacramento and Orange Reports are enclosed as Exhibits 3 and 4, respectively.

       8. The standard R. W. Beck report from 1985 to 1995 included the following general sensitivity language:

> Due to uncertainties necessarily inherent in relying on assumptions and projections, it should be anticipated that certain circumstances and events may differ from those assumed and described herein and that such will affect the results of our Base Case Project Operating Results. In order to demonstrate the impact of certain circumstances on the Base Case Project Operating Results, certain sensitivity analyses have been developed. It should be noted that other examples could have been considered and those presented are not intended to reflect the full extent of possible impacts on the Facility.

*See, e.g.*, the R. W. Beck Independent Engineer's Report on the Delaware Solid Waste Authority ("Delaware Report"), dated January 7, 1992, at A-40. A true and correct copy of the Delaware Report is attached hereto as Exhibit 5.

       9. In 1995, R. W. Beck revised its standard sensitivity section language to add the following:

> The sensitivities are not presented in any particular order with regard to the likelihood of any case actually occurring. In addition, no assurance can be given that all relevant sensitivities have been presented, that the level of each sensitivity is the appropriate level for testing purposes, or that only one (rather than a combination of several) such variations or sensitivities could impact the Project in the future.

*See* Ex. 1 at B-39.

       10. Another important section in all R. W. Beck engineering reports in support of financings is the reliance and risk management section, which is traditionally referred to by R. W. Beck in its Reports as Principal Considerations and Assumptions Used in the Projection of

3

Operating Results. Each of R. W. Beck's Engineering Reports from 1985 to 1995 included a "Considerations and Assumptions" statement original to R. W. Beck.

    11. A true and correct copy of the R. W. Beck Independent Engineer's Report on the SES Claremont Refuse-to-Energy Facility ("SES Claremont Report"), dated July 24, 1985 is attached hereto as Exhibit 6. The "Considerations and Assumptions" language from the SES Claremont Report provides as follows:

> In the preparation of this Report and the opinions that follow, we have made certain assumptions with respect to conditions which may occur in the future. While we believe these assumptions are reasonable for the purpose of this Report, they are dependent upon future events and actual conditions may differ from those assumed. In addition, we have used and relied upon certain information provided to us by others. While we believe the sources to be reliable, we have not independently verified the information and offer no assurances with respect hereto. To the extent that actual future conditions differ from those assumed herein or provided to us by others, the actual results will vary from those forecast. This report summarizes our work up to the date of the Report. Changed conditions occurring or becoming known after such date could affect the material presented to the extent of such changes. The principal considerations and assumptions made by us in developing the Projected Operating Results and the principal information provided to us by others include the following…
>
> 1. As Independent Engineer, we have made no determination as to the validity and enforceability of any contract, agreement, rule or regulation applicable to the Facility and its operations. However for purposes of this Report, we have assumed that all such contracts, agreements, rules and regulations will be fully enforceable in accordance with their terms.

*See id.* at A-35-A-36.

    12. A true and correct copy of the R. W. Beck Independent Engineer's Report on the City of Chicopee, Massachusetts Electric System Revenue Bonds ("Chicopee Report"), dated August 21, 1985 is attached hereto as Exhibit 7. The "Considerations and Assumptions" section from the Chicopee Report follows the language from the SES Clermont Report and provides as follows:

> This report has been prepared in accordance with generally accepted engineering practices. In its preparation of this Report and the opinions that follow, we have made certain assumptions with respect to conditions which may occur in the future. While we believe these assumptions are reasonable for the purpose of this Report, they are dependent upon future events and actual conditions may differ from those assumed. In addition, we have used and relied upon certain information provided to us by others. While we believe the sources to be reliable, we have not independently verified the information and offer no assurances with respect thereto. To the extent that actual future conditions differ from those assumed herein or provided to us by others, the actual results will vary from those forecast. The principal considerations and assumptions made by and the principal information provided to us by others include the following…

*See id.* at B-25-B-26.

13. A true and correct copy of the R. W. Beck Independent Engineer's Report on the Ogden Martin Systems of Alexandria/Arlington ("Alexandria Report"), dated September 18, 1986 is attached hereto as Exhibit 8. The "Considerations and Assumptions" from the Alexandria Report follows the language from the SES Clermont Report and provides as follows:

> In the preparation of this Report and the opinions that follow, we have made certain assumptions with respect to conditions which may occur in the future. While we believe these assumptions are reasonable for the purpose of this Report, they are dependent upon future events and actual conditions may differ from those assumed. In addition, we have used and relied upon certain information provided to us by others. While we believe the sources to be reliable, we have not independently verified the information and offer no assurances with respect hereto. To the extent that actual future conditions differ from those assumed herein or provided to us by others, the actual results will vary from those forecast. This report summarizes our work up to the date of the Report. Changed conditions occurring or becoming known after such date could affect the material presented to the extent of such changes. The principal considerations and assumptions made by us in developing the Projected Operating Results and the principal information provided to us by others include the following…
>
> 1. As the Consulting Engineer, we have made no determination as to the validity and enforceability of any contract, agreement, rule or regulation applicable to the Facility and its operations. However, for purposes of this Report, we have assumed that all such contracts, agreements, rules and regulations will be fully enforceable in accordance with their terms.

5

*See id.* at 30-31.

14.     In 1987, the standard report language was revised by direction of William Mayben, Managing Director of Consulting for R. W. Beck, pursuant to a June 8, 1987 memorandum. A true and correct copy of the June 8, 1987 memorandum is attached hereto as Exhibit 9. The memorandum refers to securities law analysis performed by R. W. Beck which concluded that the standard lead-in paragraph to the Principal Considerations and Assumptions should be revised to confirm that the information used by R. W. Beck has been tested for reasonableness. This memorandum required the use of language which stated: "We believe the use of such information and assumptions is reasonable for the purposes of this report." When I reviewed the July 29, 1993 Black & Veatch report, I found that the Black & Veatch Report included identical language in the approximate same location within the text of the R. W. Beck standard language.

15.     The "Considerations and Assumptions" section from the Delaware Report follows the original language from the SES Clermont Report and provides as follows:

> In the preparation of this Report and the opinions that follow, we have made certain assumptions with respect to conditions which may occur in the future. While we believe these assumptions are reasonable for the purpose of this Report, they are dependent upon future events and actual conditions may differ from those assumed. In addition, we have used and relied upon certain information provided to us by others. While we believe the sources to be reliable, we have not independently verified the information and offer no assurances with respect hereto. To the extent that actual future conditions differ from those assumed herein or provided to us by others, the actual results will vary from those forecast. This report summarizes our work up to the date of the Report. Changed conditions occurring or becoming known after such date could affect the material presented to the extent of such changes.
>
> The principal considerations and assumptions made by us in developing the Projected Operating Results and the principal information provided to us by others include the following…

6

> 1. As Consulting Engineer, we have made no determination as to the validity and enforceability of any contract, agreement, rule or regulation applicable to the System and its operations. However, for purposes of this Report, we have assumed that all such contracts, agreements, rules and regulations will be fully enforceable in accordance with their terms.

*See* Ex. 5 at A-42.

16.     I have reviewed the "Considerations and Assumptions" language employed by R. W. Beck in the SES Claremont Report and have compared the key substantive portions with the Orange and Sacramento Reports, and have determined that the "Considerations and Assumptions" language in all reports are essentially identical to R. W. Beck reports from 1985 through 1995.

17.     R. W. Beck's "Considerations and Assumptions" language as used in the SES Claremont, Chicopee, Alexandria, Delaware, Orange and Sacramento Reports was developed by R. W. Beck prior to the Black & Veatch report for the Carson Ice-Gen Project for the Central Valley Financing Authority, dated July 29, 1993. R. W. Beck's "Considerations and Assumptions" language was certainly developed prior to E3 Consulting's incorporation in 1999. Moreover, to illustrate, I have created a chart below comparing the "Considerations and Assumptions" language in the prior SES Claremont Report to the later Black & Veatch Report:

| R. W. Beck Claremont Report<br>July 24, 1985 | Black & Veatch Report<br>July 29, 1993 |
|---|---|
| *Principal Considerations and Assumptions Used in Projection of Operating Results* | *ASSUMPTIONS* |
| *In* the preparation of *this Report and the opinions* that follow, we have *made certain assumptions with respect to conditions which may occur in the future.* While *we believe these assumptions are reasonable for the* | Black & Veatch has used and relied upon certain information provided by the Owner, the Developer, SMUD, and others in this assessment of the Project. We believe the information provided is true and correct, and |

| | |
|---|---|
| *purpose of this Report,* they are dependent upon future events *and actual conditions may differ from those assumed.* In addition, we have used and relied upon certain information provided to us by others. While *we believe* the sources to be reliable, we have not independently verified the information and offer no assurances with respect hereto. *To the extent that actual* future *conditions differ from those assumed herein or provided to* us *by others, the actual results will* vary *from those forecast. This report summarizes* our work up to *the date of* the *Report.* Changed conditions occurring or becoming known after such date could affect the material presented to the extent of such changes. | reasonable for the purposes of this Report. *In* preparing *this Report and the opinions* presented herein, Black & Veatch has *made certain assumptions with respect to conditions which may exist or events which may occur in the future. We believe* that the use of this information *and assumptions* is *reasonable for the purpose of this Report.* However, some *events* may occur or circumstances change, which cannot be foreseen or controlled by Black & Veatch and which may render our assumptions incorrect. *To the extent that actual conditions may differ from those assumed herein or provided to* Black & Veatch *by others, the actual results will* differ *from those* which have been *forecast* in this Report. *This report summarizes* Black & Veatch's assessment of the Project as of *the date of* this *Report.* |
| The *principal considerations and assumptions made by* us *in developing the Projected Operating Results and* the principal information provided to us by others include the following… | Throughout this Report, Black & Veatch has stated assumptions and reported information provided by others, all of which were relied upon in the development of the conclusions of this Report. Following is a summary of *principal considerations and assumptions made by* Black & Veatch *in developing the projected operating results and* the opinions expressed herein: |
| *1. As Independent Engineer, we have made no determination as to the validity and enforceability of any contract, agreement, rule or regulation applicable to the* Facility *and its operations. However for purposes of this Report, we have assumed that all such contracts, agreements, rules and regulations will be fully enforceable in accordance with their terms.* | *As Independent Engineer, we have made no determination as to the validity and enforceability of any contract, agreement, rule or regulation applicable to the* Project *and its operations. However for purposes of this Report, we have assumed that all such contracts, agreements, rules and regulations will be fully enforceable in accordance with their terms.* |

18.     When I compared this "Considerations and Assumptions" language prepared by R. W. Beck with the sensitivity language utilized by Black & Veatch in its July 29, 1993 report, I

found that all substantive language used by Black & Veatch was highly similar to the R. W. Beck standard language which had been used for up to 8 years prior to the Black & Veatch report allegedly used by Mr. Plath as the standard form for his R. W. Beck reports. Accordingly, the "Considerations and Assumptions" language in the R. W. Beck's Sacramento and Orange Reports (attached hereto as Exhibits 1 and 2, respectively) is original to R. W. Beck, not Black & Veatch.

19. Many financial advisors, underwriters and attorneys in the specialized municipal bond financing market and project financing market consider R. W. Beck practices and documents to set the standard of practice for preparation of engineering analyses and consulting engineer reports. As a result, R. W. Beck has had on occasions requested that competitors cease their copying of the unique R. W. Beck consulting engineer report language, which R. W. Beck has copyrighted since the 1980s.

20. I am a qualified reviewer of R. W. Beck consulting engineer reports, and in that capacity have the responsibility to review and approve all consulting engineer report language issued by R. W. Beck. As a qualified reviewer of R. W. Beck consulting engineer reports, I also reviewed the Windsor Report, prepared by E3, with the copyrighted R. W. Beck Orange and Sacramento reports. There is substantial similarity between the non-factual expression and the structure of the R. W. Beck Orange and Sacramento Reports and the E3 Windsor Report. To illustrate, I have created a chart below comparing the two:

| R.W. Beck Copyrighted Works | E3 Windsor Report |
| --- | --- |
| *Principal Considerations and Assumptions Used in the Projection of Operating Results* | *Principal Considerations and Assumptions Used in the Projection of Operating Results* |
| *In the preparation of this Report and the* | *In the preparation of this Report and the* |

| | |
|---|---|
| *opinions that follow, we have made certain assumptions with respect to conditions which may exist or events which may occur in the future. While we believe these assumptions to be reasonable for the purpose of this Report, they are dependent upon future events, and actual conditions may differ from those assumed. In addition, we have used and relied upon certain information provided to us by sources which we believe to be reliable.* | *opinions that follow, we have made certain assumptions with respect to conditions which may exist or events which may occur in the future. While we believe these assumptions to be reasonable for the purpose of this Report, they are dependent upon future events, and actual conditions may differ from those assumed. In addition, we have used and relied upon certain information provided to us by sources which we believe to be reliable.* |
| *To the extent that actual future conditions differ from those assumed herein or provided to us by others, the actual results will vary from those forecast.* | *To the extent that actual future conditions differ from those assumed herein or provided to us by others, the actual results will vary from those forecast.* |
| However, some assumptions *may vary significantly due to unanticipated events and circumstances.* | We believe the use of such information and assumptions is reasonable for the purposes of this Report; however, actual conditions *may vary due to unanticipated events and circumstances.* |
| *This Report summarizes our work up to the date of the Report. Thus, changed conditions occurring or becoming known after such date could affect the material presented to the extent of such changes.* | *This Report summarizes the result of our work through the date of this Report, thus, changed conditions occurring or becoming known after such date could affect the material and projections presented.* |
| *As Independent Engineer, we have made no determination as to the validity and enforceability of any contract, agreement, rule or regulation applicable to the Project or its operations. However, for the purposes of this Report, we have assumed that all such contracts, agreements, rules and regulations will be fully enforceable in accordance with their terms and that all parties will comply with the provisions of their respective agreements.* | *As Independent Engineer, we have made no determination as to the validity and enforceability of any contract, agreement, rule or regulation applicable to the Project or its operations. However, for the purposes of this Report, we have assumed that all such contracts, agreements, rules and regulations will be fully enforceable in accordance with their terms. Moreover, it is assumed that all parties will comply with and fulfill the terms of their respective* contracts and *agreements.* |

The non-fact specific material in the R. W. Beck Reports is qualitatively important and constitutes original expression by R. W. Beck.

21.     The most telling example of E3's copying is the fact that the Windsor Report assumption on enforceability of contractual agreements is virtually identical to the language used by R. W. Beck in its reports from 1985-2007.  This clause is a critical indicator of the source of the Windsor language because R. W. Beck added this clause to its standard assumptions in the early 1980's as a result of litigation involving R. W. Beck in which enforceability of project contracts was a critical issue.  Prior to that even, to the best of my knowledge and belief, neither R. W. Beck nor its competitors addressed the assumption on the enforceability of project agreements.

22.     R. W. Beck and E3 advertise to and solicit business from lenders, equity owners, project owners and others in the energy industry both within the State of Colorado and beyond who seek to raise capital through the sale of bonds or obtain financing through the use of loans.  R. W. Beck and E3 distribute their Reports to a wide variety of qualified institutional buyers, lenders or project participants.  Many of the institution buyers, lenders or project participants are located in Colorado.

23.     I have worked on many projects where Goldman Sachs was the underwriter or financial advisor.  To my knowledge, Goldman Sachs has never requested that R. W. Beck revise its standard report format and content as alleged by Paul B. Plath.  As a qualified reviewer, it would have been the responsibility of project managers such as Mr. Plath to advise me of such a serious deviation from our firm's standards of practice.  Had such a request been made on the Sacramento Project, it was Mr. Plath's responsibility to advise me of that request and I can unequivocally state that I did not and would not have consented to the copying of any Black & Veatch report, regardless of the reason or source of the request.  Prior to Sacramento Project, we

11

had been involved in a number of transactions on which Goldman Sachs was the lead underwriter and R. W. Beck delivered its standard report. Goldman Sachs was very familiar with our standard report and would have had no reason to suggest the use of the Black & Veatch report.

24.     As an employee with R. W. Beck from 1985-1997, Mr. Plath was trained in the methodologies, methods and practices of R. W. Beck. As a project manager involved in preparing Independent Engineer's Reports, Paul Plath had access to all R. W. Beck methods, methodologies, practices and previous reports. However, Mr. Plath never achieved the status of a Qualified Reviewer within R. W. Beck during his employment of over 11 years at R. W. Beck. *See* Exhibit 6, Declaration of Kenneth Marino, submitted in connection with R.W. Beck's Reply in Support of Rule 56(f) Motion Seeking to Deny Defendant's Motion for Summary Judgment, or to Hold Defendant's Motion for Summary Judgment in Abeyance, attached hereto. Mr. Plath did not have the authority or responsibility to make any changes to the mandated R. W. Beck report format or content. At R. W. Beck, Mr. Plath was not permitted to adopt the format and content of the Black & Veatch Report.

25.     I am not aware of any fact which would support Mr. Plath's allegations that the R. W. Beck standard consulting engineer report format, content and language were copied by R. W. Beck from Black & Veatch, or any other engineering firm. R. W. Beck was the original author of all substantive content in its reports from before the 1980s to the present.

I hereby affirm and declare under penalty of perjury that the foregoing is true and correct to the best of my recollection, knowledge and ability.

Dated this 29 day of November, 2007.

s/Kenneth V. Marino
Kenneth V. Marino