IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01378-RPM

R.W. BECK, a Washington corporation,

      Plaintiff,

v.

E3 CONSULTING, a Colorado LLC,

      Defendant.

---

ORDER FOR FILING PLAINTIFF'S SUR-REPLY

---

Upon consideration of the plaintiff's December 21, 2007 motion for leave to file sur-reply
to E3's reply and the sur-reply tendered as Exhibit A thereto, and recognizing that the motion
may be opposed by the defendant, it is

ORDERED that the motion is granted and the tendered sur-reply is filed. It is
contemplated that the defendant's motion for summary judgment will be set for oral argument
after the court has reviewed the filed papers.

DATED: January 4 2008

                BY THE COURT:

                Richard P. Matsch, Senior District Judge