IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-cv-01378-RPM-BNB

R.W. BECK, INC.,
a Washington corporation,

      Plaintiff,

v.

E3 CONSULTING, LLC,
a Colorado limited liability company,

      Defendant.

---

**E3 CONSULTING, LLC'S MOTION TO REVIEW
COSTS TAXED AGAINST R.W. BECK, INC.**

---

Pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1, Defendant E3 Consulting, LLC ("E3") hereby moves for a review of costs taxed against Plaintiff R.W. Beck, Inc. ("R.W. Beck"). Defendant, through undersigned counsel, appeared before the Clerk on September 10, 2008, who taxed costs in the amount of $796.25 [Doc. No. 29]. These costs were reasonable and necessary to E3's defense of claims brought by R.W. Beck in this litigation.

WHEREFORE, E3 respectfully requests the Court review and confirm the award of costs to E3 in the amount of $796.25.

DATED:  September 17, 2008

                          Respectfully submitted,

                          By:   s/ Ian R. Walsworth
                               ***Benjamin B. Lieb***
                                   blieb@sheridanross.com
                               ***Ian R. Walsworth***
                                   iwalsworth@sheridanross.com
                               SHERIDAN ROSS P.C.
                               1560 Broadway, Suite 1200
                               Denver, Colorado  80202-5141
                               Telephone:     303-863-9700
                               Facsimile:      303-863-0223
                               E-mail:          litigation@sheridanross.com

                          ATTORNEYS FOR DEFENDANT
                          E3 CONSULTING, LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of September, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Natalie Hanlon-Leh, Esq.
Mary V. Sooter, Esq.
Faegre & Benson
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado  80203-4532
Telephone:  303-607-3500
E-mail:    nhanlon-leh@faegre.com
             msooter@faegre.com

    s/ Lori R. Brown
Lori R. Brown
Assistant to Ian R. Walsworth
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado  80202-5141
Telephone:   303-863-9700
Facsimile:   303-863-0223
E-mail:    lbrown@sheridanross.com
            litigation@sheridanross.com

J:\5683\-1\Pleadings\Motion to Review and Confirm Tax. of Costs.doc