IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01378-RPM

R.W. BECK, INC., a Washington corporation,

   Plaintiff,

v.

E3 CONSULTING, LLC, a Colorado limited liability corporation,

   Defendant.

_____

**ORDER**
_____

THIS MATTER, coming before the Court upon the parties' Stipulation of Dismissal, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED, that the Stipulation of Dismissal is GRANTED. This action is hereby dismissed without prejudice, with each party to bear its own attorneys' fees and costs incurred in this action.

ORDERED this 20th day of October, 2009.

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge